UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 4:11CR441 RWS NAB |
| DWIGHT RHODES, | ) |
| Defendant. | ) |

# **ORDER**

This matter is before the Court on Defendant's Motion to Continue the Filing Deadline [Doc. #44] filed on January 24, 2012. In support of the Motion Defendant stated:

1. The Defendant ordered a copy of the transcript of the December 29, 2011 proceedings on January 3, 2012.

2. The court reporter who has been assigned the transcript request indicated to counsel on January 24, 2012 that the transcript would be completed on January 30th or 31st, 2012.

3. Defendant needs the transcript in order to effectively present Defendant's memorandum in support of his motion to suppress to the Court and Government.

Defendant requested that the motion deadline previously set for January 27, 2012 be continued for one week.

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue the Filing Deadline [Doc. #44] is **GRANTED.** Defendant shall have to and including **February 3, 2012** to file the Supplemental Memorandum in Support of His Motion to Suppress. The government shall have until **February 13, 2012** to respond.

      /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 25th day of January, 2012.